**Paul A. PORTER, Administrator, Office of Price Administration, Appellant, v. Esther LUKENSMEYER and Ada Martin, Doing Business as William Tell Hotel, Appellee.**

No. 11269.

Circuit Court of Appeals, Ninth Circuit.

April 13, 1946.

Milton Klein, Director, Litigation Division, OPA, and David London, Chief, Appellate Branch, both of Washington, D. C., Herbert H. Bent, Regional Litigation Atty., OPA, of San Francisco, Cal., and Daniel M. Reaugh and John E. Hedrick, Attys., OPA, both of Seattle Wash., for appellant.

Koenigsberg & Sanford, of Seattle, Wash., for appellee.

Before GARRECHT, DENMAN, and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a decree be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

**A. M. STANDISH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Beatrice M. STANDISH, Petitioner, v. SAME.**

No. 11159.

Circuit Court of Appeals, Ninth Circuit.

March 26, 1946.

R. Clarence Ogden, of San Francisco, Cal., for petitioners.

Sewall Key, Acting Asst. Atty. Gen., Tax Division, and J. Louis Monarch and John F. Costelloe, Sp. Asst. Attys. Gen., for respondent.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties that the decisions of the Tax Court of the United States, 4 T.C. 995, in above cause may be affirmed, and good cause therefor appearing, it is ordered that the decisions of the Tax Court of the United States in the above causes be affirmed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Edward Lowber STOKES, Appellant, v. Walter J. ROTHENSIES, Collector of Internal Revenue for the First District of Pennsylvania.**

No. 9043.

Circuit Court of Appeals, Third Circuit.

Argued April 16, 1946.

Decided May 1, 1946.

Edgar J. Goodrich, of Washington, D. C. (Lipman Redman, of Washington, D. C., on the brief), for appellant.

Norman S. Altman, of Washington, D. C. (Sewall Key, Acting Asst. Atty. Gen., Helen R. Carloss, Sp. Asst. to Atty. Gen., and Gerald A. Gleeson, U. S. Atty., and Thomas J. Curtin, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS and O'CONNELL, Circuit Judges, and GOURLEY, District Judge.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Judge Bard, 61 F.Supp. 444.